UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C.T. CHARLTON & ASSOCIATES, INC.,
*a Michigan corporation*

      Plaintiff,

vs

Civil Action No. 2:11cv13479-BAF-MAR
Hon. Bernard A. Friedman

THULE, INC.,
*a Massachusetts corporation*
David Hall, *an individual* and
John Does, *unknown individuals*

      Defendants.

_____/

## ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

The Court having held a hearing on Plaintiff's Motion to Compel Discovery, and being otherwise fully advised in the premises;

**IT IS ORDERED** that:

1. Defendant shall produce for inspection, copying and/or scanning all non-privileged documents within the possession of its attorneys which are responsive to Plaintiff's 14 document requests on June 7 and 8, 2012 at the offices of Diserio Martin O'Connor & Castiglioni, One Atlantic Street, Stamford, Connecticut, beginning at 9:00 am on June 7th. Defendant shall also produce a privilege log on or before June 15, 2012.

2. With respect to Plaintiff's Document Request No. 10, Defendant shall supplement its prior response by producing actual monthly sales data from Defendant's sales register for all TracRac products by customer, product name, product number, and amount of sale for each product following TracRac's acquisition by Thule.

3. With respect to Plaintiff's Document Request No. 13, Defendant shall amend its response to the request as recently clarified by Plaintiff.

s/Mark A. Randon<br>
MARK A. RANDON<br>
UNITED STATES MAGISTRATE JUDGE

Dated:  May 31, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, May 31, 2012, by electronic and/or ordinary mail.*

*s/Melody Miles*<br>
*Case Manager Magistrate Judge Mark A. Randon*<br>
*(313) 234-5542*

**Agreed to as to form only:**

| BERRY REYNOLDS & ROGOWSKI, P.C. | EDWARD G. LENNON PLLC |
|---|---|
| s/Ronald E. Reynolds | s/with consent of Edward G. Lennon |
| **Ronald E. Reynolds (P40524)** | **Edward G. Lennon (P42278)** |
| 33493 W. 14 Mile Rd., Ste. 100 | 355 S. Old Woodward, Ste 100 |
| Farmington Hills, MI 48331 | Birmingham, MI 48009 |
| (248) 851-3434 | (248) 723-1276 |
| ron@brrlawyers.com | elennon@lennonlawpllc.com |
| **Attorneys for Plaintiff** | **Attorneys for Defendants** |